United States Bankruptcy Court

Middle District of Florida

In re:  
John Henry Andreozzi, JR  
    Debtor

Case No. 22-03722-RCT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: admin      Page 1 of 2  
Date Rcvd: Sep 14, 2022      Form ID: 309I      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Henry Andreozzi, JR, 28750 Midnight Star Loop, Zephyrhills, FL 33543-6411 |
| 30115984 | + | Wiregrass Family Dental, 2066 Bruce B. Downs Blvd, Zephyrhills, FL 33544-9204 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kcase@consumerlawattorneys.com | Sep 14 2022 21:34:00 | Kenneth R Case, Consumer Law Attorneys, 2727 Ulmerton Rd., Ste. 270, Clearwater, FL 33762 |
| tr | + | Email/Text: filing@payorelse13.com | Sep 14 2022 21:35:00 | Kelly Remick, Chapter 13 Standing Trustee, Post Office Box 89948, Tampa, FL 33689-0416 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 14 2022 21:35:00 | United States Trustee - TPA7/13, 7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 30115966 | + | Email/Text: bk@avant.com | Sep 14 2022 21:35:00 | Avant Llc/Web Bank, 222 N Lasalle St Ste 160, Chicago, IL 60601-1003 |
| 30115967 | + | EDI: BANKAMER.COM | Sep 15 2022 01:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 30115968 | | EDI: CAPITALONE.COM | Sep 15 2022 01:28:00 | Cap One, Po Box 85015, Richmond, VA 23285-5075 |
| 30115969 | + | EDI: CAPITALONE.COM | Sep 15 2022 01:28:00 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 30115970 | | EDI: CITICORP.COM | Sep 15 2022 01:28:00 | Citi, P.O. Box 6500 C/O Citi Corp, Sioux Falls, SD 57117-6500 |
| 30115971 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 21:43:32 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 30115965 | | EDI: FLDEPREV.COM | Sep 15 2022 01:28:00 | Department of Revenue, PO Box 6668, Tallahassee, FL 32314-6668 |
| 30115972 | + | EDI: PHINGENESIS | Sep 15 2022 01:28:00 | Feb Destiny/Gf, 15220 Nw Greenbrierpkwy, Beaverton, OR 97006-5744 |
| 30115973 | + | EDI: AMINFOFP.COM | Sep 15 2022 01:28:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 30115964 | | EDI: IRS.COM | Sep 15 2022 01:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 30115976 | + | Email/Text: bankruptcy@wofco.com | Sep 14 2022 21:34:00 | Setoyota Fin Dba Of Wo, Po Box 91614, Mobile, AL 36691-1614 |
| 30115977 | + | EDI: RMSC.COM | Sep 15 2022 01:28:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 30115978 | + | EDI: RMSC.COM | Sep 15 2022 01:28:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, |

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: 309I | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 30115979 | + | EDI: RMSC.COM | Sep 15 2022 01:28:00 | OH 45420-1469<br>Syncb/Rooms To Go, Po Box 965036, Orlando, FL 32896-5036 |
| 30115980 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 14 2022 21:35:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 30115981 | + | EDI: PHINGENESIS | Sep 15 2022 01:28:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 30115982 | + | EDI: COMCASTCBLCENT | Sep 15 2022 01:28:00 | Telecom Self Reported, Po Box 4500, Allen, TX 75013-1311 |
| 30115983 | + | Email/Text: bankruptcy@veridiancu.org | Sep 14 2022 21:35:00 | Veridian Cu, 1827 Ansborough Av, Waterloo, IA 50701-3629 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30115974 | | Hudson Homes |
| 30115975 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kelly Remick | ecf@ch13tampa.com |
| Kenneth R Case | on behalf of Debtor John Henry Andreozzi JR kcase@consumerlawattorneys.com, 16701@notices.nextchapterbk.com |
| United States Trustee - TPA7/13, 7 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | John Henry Andreozzi JR<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0137<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: 13    9/12/22 | |
| Case number: | 8:22-bk-03722-RCT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John Henry Andreozzi JR | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 28750 Midnight Star Loop<br>Zephyrhills, FL 33543 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth R Case<br>Consumer Law Attorneys<br>2727 Ulmerton Rd., Ste. 270<br>Clearwater, FL 33762 | Contact phone 727-418-3054<br>Email: kcase@consumerlawattorneys.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Kelly Remick<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689 | Contact phone 813-658-1165 |
| 6. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br>Contact phone 813-301-5162<br>Date: September 14, 2022 |

**For more information, see page 2**

Debtor  **John Henry Andreozzi JR**                                                                                          Case number **8:22-bk-03722-RCT**

| 7. Meeting of creditors | **October 11, 2022 at 01:15 PM** | **Meeting will be held telephonically** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073-1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Kelly Remick<br>Call in number: 877-327-4957<br>Passcode: 3139286 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: December 12, 2022** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: November 21, 2022** |
| | **Deadline for governmental units to file a proof of claim:** | **For a governmental unit: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, hearing on confirmation of plan** | The plan will be sent separately. The initial confirmation hearing will be held on:<br>**November 16, 2022** at **09:30 AM**, Location: **Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602**<br><br>Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing.<br>Local Rule 5073-1 restricts the entry of electronic devices and mobile phones into the Courthouse. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| **14. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1-866-222-8029. | |